IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYNTHIA GALE HUNT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-244-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On April 4, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case.  In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Cynthia Gale Hunt's claims for disability insurance benefits under Title II and supplemental security income under Title XVI of the Social Security Act.  Plaintiff filed objections to the findings on April 18, 2013.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein.  Accordingly, the commissioner's decision is AFFIRMED.

SIGNED June 3, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE